IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL HERNANDEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:13-CV-2629-CMK<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pending before the court is the parties' stipulation (Doc. 12) for an extension of the deadline for plaintiff to file a dispositive motion. Good cause appearing therefor, the request is granted. Plaintiff's dispositive motion is due July 30, 2014. All other deadlines set forth in the court's January 9, 2014, scheduling order are extended accordingly.

    IT IS SO ORDERED.

DATED: July 24, 2014

                                                       **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE