BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RUSSELL HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:13-cv-02629<br><br>JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |

-1-

The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including September 22, 2014, in which to file her cross-motion for summary judgment. Defendant requests this extension because of her attorney's inordinately heavy case load for the month of August 2014, including two appellate briefs, seven district court briefs, and an opposition and hearing in district court. The parties request this extension in good faith, with no intent to delay proceedings unduly.

Respectfully submitted,

Date: *August X, 2014*   /s/ Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff

Date: *August X, 2014*   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

 /s/ Timothy R. Bolin
TIMOTHY R. BOLIN
Special Assistant United States Attorney

**ORDER**

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until September 22, 2014, to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Dated:  August 22, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE