**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**RUSSELL HERNANDEZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| RUSSELL HERNANDEZ, | No.   2:13-CV-02629-CMK |
| Plaintiff, | |
| | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 22, 2014

　　　This is the first extension with respect to this brief.

Dated: October 14, 2014                                                          */s/      Jesse S. Kaplan*
                                                                                               JESSE S. KAPLAN

[Pleading Title] - 1

Attorney for Plaintiff

Dated: October 14, 2014     /s/ per e-mail authorization

TIMOTHY BOLIN
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a reply brief is extended to October 22, 2014.

SO ORDERED.

Dated:  October 17, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE